DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CATAVIS JERMAINE JACKSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-210

_____

November 8, 2023

Appeal from the Circuit Court for Hillsborough County; Laura E. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.